**Jeffrey McKENNEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 55991.

Missouri Court of Appeals,
Eastern District,
Division One.

May 15, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 14, 1990.

Application to Transfer Denied
July 31, 1990.

Janis C. Good, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Appellant, Jeffrey McKenney, appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm.

The findings of fact and conclusions of law of the motion court are not clearly erroneous and an extended opinion would have no precedential purpose. A memorandum, solely for the use of the parties in-

volved, has been provided explaining the reasons for our decision. Rule 84.16(b).